**Yussuf HAMID, Appellant**

v.

**JPMORGAN CHASE BANK, National Association; Shapiro & Zielke, LLP; John Does I–XX, Appellees.**

No. 12–3977.

United States Court of Appeals, Eighth Circuit.

Submitted: April 30, 2013.

Filed: May 3, 2013.

Yussuf Hamid, Burnsville, MN, pro se.

Curtis Ripley, Leonard & Street, Minneapolis, MN, Kalli Lynn Ostlie, Shapiro & Zielke, Burnsville, MN, for Appellees.

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

PER CURIAM.

In this civil action challenging the foreclosure of his home, Yussuf Hamid appeals after the district court[1] dismissed his claims. Upon careful review of the issues properly raised on appeal, we find no basis

for reversal. *See Butler v. Bank of America, N.A.,* 690 F.3d 959, 962 (8th Cir.2012) (rejecting theory that holder of mortgage must also hold note in order to foreclose); *see also Ashcroft v. Iqbal,* 556 U.S. 662, 678, 129 S.Ct. 1937, 173 L.Ed.2d 868 (2009) (courts are not bound to accept as true legal conclusions couched as factual allegations); *Hill v. City of Pine Bluff, Ark.,* 696 F.3d 709, 712 n. 2 (8th Cir.2012) (claims not argued on appeal are deemed abandoned); *Rotskoff v. Cooley,* 438 F.3d 852, 854 (8th Cir.2006) (appellant waives challenge to district court's ruling by failing to develop issue in brief as required by rules of appellate procedure); *Stone v. Harry,* 364 F.3d 912, 914 (8th Cir.2004) (claims not presented in district court may not be advanced for first time on appeal).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.